IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMBRE BODLE, LESLIE MEECH, LORI PRINCE, and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TXL MORTGAGE CORPORATION, and WILLIAM DALE COUCH, individually,<br><br>Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. H-12-1515 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation entered on October 2, 2012, and the objections and responses thereto, the court is of the opinion that said Memorandum and Recommendation should be **ADOPTED**.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. Accordingly, the claims of Ambre Bodle and Leslie Meech against Defendants are **DISMISSED**.

As the court has determined that an individualized, factual inquiry with respect to potential plaintiffs' job duties and pay arrangements on a class action basis would not promote the interests of judicial economy, this case will proceed as a single-plaintiff action by Plaintiff Lori Prince against Defendants. Amending the action to join additional plaintiffs will not be

permitted.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this  14th  day of November, 2012.

```
                            _____
                                    SIM LAKE
                            UNITED STATES DISTRICT JUDGE
```