United States District Court
Southern District of Texas
**ENTERED**
January 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMBRE BODLE, LESLIE MEECH, | § | |
| LORI PRINCE AND ON BEHALF OF | § | |
| ALL OTHER SIMILARLY SITUATED | § | |
| PERSONS | § | |
| | § | |
| V. | § | Civil Action No. 4:12-cv-01515 |
| | § | |
| TXL MORTGAGE CORPORATION | § | |
| AND WILLIAM DALE COUCH, | § | |
| INDIVIDUALLY | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the parties' Agreed Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and the claims of Plaintiffs Ambre Bodle

and Leslie Meech against Defendants TXL Mortgage Corporation and William Dale Couch in

the above styled matter are hereby DISMISSED WITH PREJUDICE, with each party to bear its

own costs.  This is a final order.

SIGNED this the 6th day of JANUARY , 2016.

_____
UNITED STATES DISTRICT JUDGE